IN THE MATTER OF DANIEL W. SCHOONMAKER.— Decree affirmed, with costs. Opinion by DANIELS, J.

ELIZA CROMWELL, *Respondent, v.* WILLIAM F. ROMER, and JACOB H. TREMPER, *Appellants.*— Order modified as directed in opinion, without costs to either party. Opinion by BRADY, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* WILLIAM J. SYMS and others, *Appellants and Respondents, v.* THE TAX COMMISSIONERS OF THE CITY OF NEW YORK, *Respondents and Appellants.*— Order affirmed, without costs. Opinion by DANIELS, J.

THE GERMANIA FIRE INSURANCE COMPANY, *Respondent, v.* THE HANOVER FIRE INSURANCE COMPANY and ALEXANDER STODDART, *Appellants.*—Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

EDWARD A. FRASER and others, *Respondents, v.* WILLIAM R. HUNT and others, *Appellants* — Judgment affirmed as to defendant Dunlop, without costs, and reversed as to defendant Hunt, with costs to abide event. Opinion by BRADY, J.

EDWARD HARBISON *v.* WILLIAM PETERS.— Motion denied. Opinion by DANIELS, J.

ALPHONSO DUPRAT, *Appellant, v.* JAMES HAVEMEYER, *Respondent.*—Order affirmed, without costs. Opinion by DANIELS, J.

THE GERMANIA FIRE INSURANCE COMPANY, *Respondent, v.* THE HANOVER FIRE INSURANCE COMPANY, *Appellant.*— Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

IN THE MATTER OF THE PETITION OF CHARLES OSTER. — Motion denied.

LALY J. MEYER *v.* FERDINAND EHRLICH. — Motion denied, without costs and without prejudice to any other proceeding to procure settlement of case.

THOMAS W. HARRIS *v.* LAVINIA TAYLOR. — Motion denied, with ten dollars costs.

SAMUEL WEEKS *v.* JACOB WEEKS CORNWELL. — Motion for reargument denied, without prejudice to any application to correct the form of the judgment.

IN THE MATTER OF DAVID M. PEYSER. — Motion for reargument denied, without costs. Motion to charge costs against executor personally denied, without costs.

IN THE MATTER OF THE NATIONAL TRUST COMPANY. — Petition, so far as relates to compromise of claim, dismissed, and so far as relates to attorney and counsel fees referred. Opinion *Per Curiam.*

IN THE MATTER OF THE ARBITRATION OF HIRAM POOL *v.* BARTLETT S. JOHNSON. — Order dismissing appeal vacated without prejudice to any application to be made by either party at the next General Term. Opinion *Per Curiam.*